
**Davis Wright Tremaine LLP**

21st Floor
1251 Avenue of the Americas
New York, NY 10020-1104

**Lyle S. Zuckerman**
212-603-6452 tel
212-379-5222 fax

lylezuckerman@dwt.com

March 22, 2019

**VIA ECF**

The Honorable Anne Y. Shields
Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
P.O. Box 830
Central Islip, New York 11722

Re: *Daniel Candemeres v. United Rentals, Inc., et al.*
Case No. 19-cv-01382 (JS)(AYS)

Your Honor:

This firm represent defendants in the referenced action. Defendants' current deadline to answer, move or otherwise respond to the complaint is April 4, 2019. With the consent of Plaintiff (by counsel), Defendants hereby request a brief extension of time through and including April 25, 2019 to answer, move or otherwise respond to the complaint, so that the parties may meet and confer about preliminary matters, among other things. This is the first request for an extension of time.

Respectfully submitted,

Lyle S. Zuckerman

cc: Saul D. Zabell, Esq. (*via ECF*)
Ryan M. Eden, Esq. (*via ECF*)

Anchorage   New York        Seattle
Bellevue    Portland        Shanghai
Los Angeles San Francisco   Washington, D.C.

www.dwt.com